IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-81390-DMM

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

DECKERS OUTDOOR CORPORATION,
a/k/a DECKERS RETAIL, LLC d/b/a TEVA,

        Defendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs ArrivalStar, S.A., and Melvino Technologies Limited and Defendant Deckers Outdoor Corporation a/k/a Deckers Retail, LLC, d/b/a Teva, hereby stipulate and agree that all claims, defenses and counterclaims asserted, sought to be asserted, or that could have been asserted in this lawsuit as between Plaintiffs (or either one of them), on the one hand, and Defendants, on the other hand, are dismissed with prejudice.  The parties waive all rights of appeal, and each party shall bear its own attorneys' fees and costs.

Dated:  January 16, 2015

s/Jason P. Dollard[1]

JASON P. DOLLARD, FBN 0649821
Email: jdollard@LrEvansPa.com
Leslie Robert Evans & Associates, PA
214 Brazilian Avenue, Suite 200
Palm Beach, Florida 33480
Telephone: (561) 832-8288

---

[1] I, Jason P. Dollard, Esquire, hereby confirm I have the express permission from Amy Ziegler, Esquire, out of state counsel for Defendant Deckers Outdoor Corporation a/k/a Deckers Retail, LLC, d/b/a Teva, whom did not enter a Notice of Appearance, to file this Stipulated Dismissal of Claims.

1

Facsimile: (561) 832-5722
Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2105, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day, via transmission of Notices of Electronic Filing generated by CM/ECF, on the counsel listed below.

Amy Ziegler, Esq.
Greer, Burns & Crain
300 S. Wacker Dr. Suite 2500
Chicago, IL 60606
Telephone: (312) 987.2926
Facsimile: (312) 360.9315
aziegler@gbclaw.net
*Attorneys for Defendants*
Deckers Outdoor Corporation a/k/a Deckers Retail, LLC, d/b/a Teva